IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 97-20866
_____

HI-PORT INCORPORATED

Plaintiff - Appellant

v.

AMERICAN INTERNATIONAL SPECIALTY LINES INSURANCE COMPANY;
AIG CLAIMS SERVICES INCORPORATED; AMERICAN INTERNATIONAL
SURPLUS LINES AGENCY INCORPORATED

Defendants - Appellees

_____

Appeal from the United States District Court
for the Southern District of Texas
(H-96-CV-3279)
_____

October 19, 1998

Before KING, GARWOOD, and HIGGINBOTHAM, Circuit Judges.

PER CURIAM:[*]

The judgment of the district court is affirmed for essentially

the reasons given by the district court in its Memorandum Opinion

filed September 4, 1997.

AFFIRMED.

_____

[*]Pursuant to 5TH CIR. R. 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in 5TH CIR. R. 47.5.4.